PER CURIAM.

Affirmed.

---

GUSTER McCOLLUM v. GROVE MANUFACTURING COMPANY

No. 505PA82

(Filed 8 March 1983)

WE granted plaintiff's petition for discretionary review under G.S. 7A-31 (1981) on 5 October 1982 to review the decision of the Court of Appeals. That decision, written by *Judge Becton* with *Judges Hedrick* and *Hill* concurring, held the trial court did not err in granting defendant's motion for directed verdict and in denying plaintiff's motion for a new trial. 58 N.C. App. 283, 293 S.E. 2d 632 (1982). In so doing, the court affirmed the judgment of *Collier, Judge,* entered 16 March 1981 in Superior Court, GUILFORD County.

*Alexander, Ralston, Pell & Speckhard, by Stanley E. Speckhard, for plaintiff appellant.*

*Bateman, Wishart, Norris, Henninger & Pittman, P.A., by Robert J. Wishart, for defendant appellee.*

PER CURIAM.

The decision of the Court of Appeals is affirmed.

Affirmed.